## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

```
_____
                              )
PHYLLIS STREET,               )
                              )
        Plaintiff,            )
                              )
v.                            )    Civil Action No. 04-1400
                              )
VERIZON SOUTH INCORPORATED,   )
                              )
        Defendant.            )
_____)
```

### ORDER

This matter comes before the Court on Plaintiff's Motion to Set Aside Decision to Dismiss. Plaintiff requests that the Court set aside its Order of January 23, 2006, dismissing Plaintiff's Complaint. The basis for Plaintiff's motion is that traffic on the morning of January 20, 2006, prevented Plaintiff from appearing before the Court for oral argument regarding Defendant's Motion to Dismiss. However, the Court based its ruling on the submissions of the parties and heard no oral argument, and finds that its Order of January 23, 2006, is proper. Therefore, it is hereby

ORDERED that Plaintiff's Motion to Set Aside Decision to Dismiss is DENIED.

```
                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
January 27, 2006